UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE'S COURTROOM MINUTES |
| v. | MAGISTRATE JUDGE: Patty Shwartz |
| VANRAJSINH CHAVDA | MAGISTRATE NO.: 12-3083-02(PS) |
| PROCEEDINGS: Initial Appearance | DATE OF PROCEEDINGS: 6/5/12 |
| | DATE OF ARREST: 6/5/12 |

( ) COMPLAINT
(X) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
(X) APPT. OF COUNSEL: ___ AFPD  ✓ CJA
(X) WAIVER OF HRG.: ✓ PRELIM ___ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ___ GUILTY ___ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
(X) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A
    BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(X) BAIL SET: $150,000.00
    (X) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
(X) TRAVEL RESTRICTED to NJ
(X) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
(X) SURRENDER &/OR OBTAIN NO PASSPORT
(X) SEE ORDER SETTING CONDITIONS OF RELEASE FOR
    ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG
( ) DETENTION / BAIL HRG.
( ) TRIAL: ___ COURT ___ JURY
( ) SENTENCING
( ) OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

APPEARANCES:

AUSA   Shana Chen

DEFT. COUNSEL   Olubukola Olarogba, CJA ✓

PROBATION _____

INTERPRETER _____
   Language: ( )

Time Commenced: 2:35 p.m.
Time Terminated: 2:55 p.m.
CD No:   ECR

Amy Andersonn
DEPUTY CLERK