AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT _____ NEW JERSEY _____

| | |
|---|---|
| UNITED STATES OF AMERICA <br> V. <br> VANRAJSINH CHAVDA | **WAIVER OF PRELIMINARY EXAMINATION OR HEARING** <br> (Rule 5 or 32.1, Fed. R. Crim. P.) <br><br> CASE NUMBER: 12-3083-02(PS) |

I, _____ VANRAJSINH CHAVDA _____ , charged in  X  complaint  ☐ petition pending in this District  of New Jersey _____

in violation of _____ Title 8 _____ , U.S.C., §1324(a)(1)(A)(v)(l) & Title 18USC § 371 ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. including my right to have a     ☐ examination  ☐ hearing  , do hereby waive (give up) my right to a inary ☐ examination  ☐ hearing.

_____ 06/05/12 _____
Date

_____ [signature] _____
Defendant

_____ [signature] _____
Counsel for Defendant