**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**

A LIMITED LIABILITY PARTNERSHIP FORMED IN THE STATE OF NEW YORK

ONE GATEWAY CENTER, 25TH FLOOR
NEWARK, NJ 07102-5311
TELEPHONE (973) 877-6400
FACSIMILE (973) 877-6401

RSOLANO@FKLAW.COM

RICARDO SOLANO JR.
DIRECT DIAL (973) 877-6421
DIRECT FAX (973) 877-6422

NEW YORK OFFICE
7 TIMES SQUARE
NEW YORK, NY 10036-6516
TELEPHONE (212) 833-1100
FACSIMILE (212) 833-1250

April 22, 2013

VIA E-MAIL

Hon. Joseph A. Dickson, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

> Re:  *United States v. Vanrajsinh Chavda*
>      Mag. No. 12-3083-2

Dear Judge Dickson:

      This firm represents Vanrajsinh Chavda in the above-referenced matter. Mr. Chavda is currently on pretrial release. Pursuant to the Court's Order Setting Conditions of Release, Mr. Chavda is subject to a number of conditions, including a $150,000 unsecured appearance bond that was to be co-signed by a co-signer acceptable to Pretrial Services. Order, dated June 5, 2012 at 1 (Docket Entry # 20). At the time of Mr. Chavda's initial release, Mr. Chirag Patel co-signed the bond. Mr. Patel, however, is currently in the process of selling his home and no longer wishes to serve as a co-signer. As a result, I am writing to respectfully request that the Court allow Mrs. Savitaben P. Patel to replace Mr. Patel as the co-signer on the unsecured appearance bond. Mrs. Patel is an acceptable co-signer for Pretrial Services, and the Government does not oppose this change. All other conditions of pretrial release will remain the same.

      Thank you for your attention to this matter. For the Court's convenience, if this request meets with your approval, I have included a "So Ordered" signature line below.

Respectfully submitted,

*/s/ Ricardo Solano Jr.*
Ricardo Solano Jr.

Hon. Joseph A. Dickson, U.S.M.J.
April 22, 2013
Page 2

SO ORDERED:                                          DATED: 4/22, 2013

_____
Hon. Joseph A. Dickson, U.S.M.J.

cc:   Barbara Hutchinson, U.S.P.O. (via e-mail)
      Shana W. Chen, Esq. (via e-mail)