UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph A. Dickson |
| v. | : | Mag. No. 12-3083 (PS) |
| VANRAJSINH CHAVDA | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Shana W. Chen, Assistant U.S. Attorney, appearing), and defendant Vanrajsinh Chavda (Ricardo Solano, Jr., Esq. appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 70 days to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and the defendant being aware that the defendant has the right to have the matter submitted to a grand jury within thirty days of the date of the defendant's arrest, pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)  Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2)  As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 15th day of April 2013,

ORDERED that this action be, and hereby is, continued for a period of 70 days from April 21, 2013 to July 1, 2013; and it is further

ORDERED that the period from April 21, 2013 through July 1, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE JOSEPH A. DICKSON
United States Magistrate Judge

Form and entry
consented to:

_____
SHANA W. CHEN
Assistant U.S. Attorney

_____
RICARDO SOLANO, JR.
Counsel for Vajrajsinh Chavda